IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MILLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY W. CHRISTIAN, et al<br><br>    Defendants. | 2:14-cv-1557 JAM AC<br><br>O R D E R |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate."  <u>See</u> 28 U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate

1

1 judge for all further proceedings and entry of final judgment.

2    IT IS HEREBY ORDERED that any hearing dates currently set before
3 the undersigned are VACATED.

4    IT IS FURTHER ORDERED that the Clerk of the Court reassign this
5 case to the Honorable Allison Claire, Magistrate Judge.  The parties
6 shall please take note that all documents hereafter filed with the
7 Clerk of the Court shall bear case number 2:14-cv-1557 – AC

8
Dated: July 25, 2014
9                                      /s/John A. Mendez
                                       HON. JOHN A. MENDEZ
10                                     United States District Judge

11
    Having also reviewed the file, I accept reference of this case
12
   for all further proceedings and entry of final judgment.
13
   Dated: July 29, 2014
14
                                       _____
15                                     ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

2