1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL MILLAN,                          No.  2:14-cv-01557-AC

12              Plaintiff,

13        v.                                  ORDER

14    GREGORY W. CHRISTIAN, ET AL.,

15              Defendants.

16

17        This case is before the court pursuant to the consent of the parties.  See ECF No. 14, 15;

18    see also E.D. Local Rule 305; 28 U.S.C. § 636(c)(1).  On August 11, 2014, defendant filed a

19    motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  No opposition to the

20    motion to dismiss has been filed.  On September 23, 2014, the court issued a minute order

21    continuing the hearing on defendant's motion to dismiss scheduled for October 1, 2014, to

22    October 22, 2014.

23        Local Rule 230(c) provides that opposition to the granting of a motion must be filed

24    fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will

25    be entitled to be heard in opposition to a motion at oral arguments if written opposition to the

26    motion has not been timely filed by that party."  In addition, Local Rule 230(j) provides that

27    failure to appear may be deemed withdrawal of opposition to the motion or may result in

28    sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

1

1  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

2  inherent power of the Court."

3       Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall file an opposition,

4  if any, to the motion to dismiss, no later than October 8, 2014.  Failure to file opposition and

5  appear at the hearing will be deemed as a statement of non-opposition and shall result in a

6  recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

7  DATED: September 24, 2014

8

9

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2