UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MILLAN,<br><br>            Plaintiff,<br><br>vs.<br><br>Gregory W. Christian, Acting Director, USDHS-CIS, Nebraska Service Center; Jeh Johnson, Secretary, U.S. Department Of Homeland Security; Eric Holder, Jr., Attorney General of the United States,<br><br>            Defendants.<br>_____/ | NO. 2:14-CV-01557-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS**<br>_____<br>DATE: Oct. 22, 2014<br>TIME: 10:00 a.m.<br>MAGISTRATE: ALLISON CLAIRE |

    This is an immigration case in which plaintiff has challenged the delay in adjudication of his application to adjust status. The parties stipulate to continuing the defendant's motion to dismiss, to December 3, 2014, to accommodate agency inquiry into re-opening plaintiff's application to adjust status, and thereby resolving the instant action. The parties further stipulate to permit plaintiff to file any opposition to the motion to dismiss, to no later than November 19, 2014.

////

////

Dated: Oct. 8, 2014

                        LAW OFFICES OF ASHWANI BHAKHRI

                        <u>s/JOSEPH SIGUENZA</u>
                        JOSEPH J. SIGUENZA
                        Attorneys for Plaintiff

Dated: Oct. 8, 2014

                        BENJAMIN WAGNER
                        United States Attorney

                        <u>s/ Audrey Hemesath</u>
                        AUDREY B. HEMESATH
                        Asst. United States Attorney

ORDER

Pursuant to the joint stipulation, defendant's motion to dismiss is continued to December 3, 2014, at 10:00 a.m., and plaintiff's opposition, if any, to the motion shall be filed by no later than November 19, 2014.

DATE: October 17, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE