UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MILLAN, | ) |
| | ) Case No.: 2:14-cv-1557 AC |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re:** |
| v. | ) **Continuance of Hearing** |
| | ) |
| GREGORY W. CHRISTIAN, et al., | ) December 3, 2014 |
| | ) 10 a.m. |
| Defendants. | ) |
| | ) |
| | ) |

This matter is currently set for hearing on December 3, 2014. The parties are exploring the possibility of an administrative resolution to the matter, and as such request an additional continuance of the hearing date, until February 18, 2015.

Dated: November 20, 2014           Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

1

DATED: November 20, 2014          Respectfully submitted,

/s/ Joseph Siguenza
JOSEPH SIGUENZA
Attorney for the Plaintiff

## ORDER

Pursuant to this joint stipulation, the hearing date is continued to February 18, 2015.

DATED: November 24, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2