BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MILLAN,<br><br>         Plaintiff,<br><br>    v.<br><br>GREGORY W. CHRISTIAN, et al.,<br><br>         Defendants. | Case No.: 2:14-cv-1557 AC<br><br>**Joint Stipulation and [Proposed] Order re: Dismissal** |

Pursuant to Fed. R. Civ P. 41(a)(2), the parties hereby stipulate to voluntary dismissal of this action, each side to bear its own costs of litigation.

Dated: February 2, 2015           Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Audrey B. Hemesath
                                  AUDREY B. HEMESATH
                                  Assistant U.S. Attorney

1

DATED: February 2, 2015                     Respectfully submitted,

/s/ Joseph Siguenza
JOSEPH SIGUENZA
Attorney for the Plaintiff

ORDER

It is so ordered.

DATED: February 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE